S. LANE TUCKER
United States Attorney

ALANA B. WEBER
STEPHAN A. COLLINS
CHRISTOPHER D. SCHROEDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: Alana.weber@usdoj.gov
Email: Stephan.collins@usdoj.gov
Email: Christopher.schroeder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>EDWARD ERVIN GINNIS and<br>SAMANTHA LYNN PEARSON,<br><br>　　　　　Defendants. | No. 3:24-cr-00005-JMK-MMS<br><br>COUNT 1<br>CONSPIRACY TO<br>DISTRIBUTE CONTROLLED<br>SUBSTANCES<br>RESULTING IN DEATH<br>　Vio. of 21 U.S.C. §§ 846 and<br>841(a)(1), (b)(1)(C) |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

Beginning on a precise date unknown to the Grand Jury, but at least in or about May 2022, and continuing to at least August 25, 2022, within the District of Alaska and elsewhere, the defendants, EDWARD ERVIN GINNIS and SAMANTHA LYNN

PEARSON, did knowingly and intentionally combine, conspire, confederate, and agree with one another and with others both known and unknown to the Grand Jury to distribute and possess with the intent to distribute controlled substances, to wit: a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly known as fentanyl.

All of which is in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C).

## DEATH RESULTING FROM THE DISTRIBUTION OF CONTROLLED SUBSTANCES

The following death resulted from the defendants, EDWARD ERVIN GINNIS and SAMANTHA LYNN PEARSON's, conspiracy to distribute controlled substances:

Between on or about June 11, 2022, and June 26, 2022, defendant, EDWARD ERVIN GINNIS, knowingly and intentionally distributed N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly known as fentanyl, to defendant, SAMANTHA LYNN PEARSON.

On or about June 26, 2022, defendant, SAMANTHA LYNN PEARSON, knowingly and intentionally distributed the above-mentioned fentanyl to another person.

On or about July 7, 2022, use of the above-mentioned fentanyl resulted in the overdose death of A.S.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

A TRUE BILL

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Alana B. Weber
ALANA B. WEBER
Assistant U.S. Attorney
United States of America

s/ S. Lane Tucker
S. LANE TUCKER
United States Attorney

DATE:    1/17/2024